968

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* CHARLES WELLS, Defendant-Appellant.

(No. 75-64;

Third District—August 15, 1975.

PER CURIAM.

James Geis, of State Appellate Defender's Office, of Ottawa, for appellant.

Martin Rudman, State's Attorney, of Joliet, for the People.